Ronald E. Stadtmueller, Chapter 13 Trustee   Check No. 699467
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-20547 | 012-1 | SARA RUTH HUDSON<br>Original Check written to:<br>GORDONS<br>P O BOX 9714<br>GRAY, TN 37615 | xxxxxxxxxxxxxxxxxxxx2-02 | 731.77 | 72.84 | 0.00 | 72.84 |
| 04-62012 | 010-0 | JAMES L PHELPS<br>Original Check written to:<br>CEBRIDGE CONNECTIONS<br>P O BOX 139400<br>TYLER, TX 75713 | 7546 | 387.52 | 20.67 | 0.00 | 20.67 |
| 04-62233 | 015-0 | JOHN DEAN DEARMORE<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA 94524-0010 | xxxxxx3342 | 626.42 | 91.59 | 0.00 | 91.59 |
| 05-20371 | 001-0 | CHADRICK FAGAN HUFF<br>Original Check written to:<br>KUBOTA CREDIT CORPORATION<br>14855 FAA BLVD<br>FORT WORTH, TX 76155 | xxxx6860 | 0.00 | 375.45 | 0.00 | 375.45 |
| 05-20524 | 013-0 | KAREN MARLENE ENDER<br>Original Check written to:<br>DELL COMPUTER<br>PO BOX 224588<br>DALLAS, TX 75222 | xxxx9316 | -61.95 | 61.95 | 0.00 | 61.95 |
| 06-60305 | 104-0 | KIP FRANKLIN<br>Original Check written to:<br>CLASSIC TYLER MOTORS<br>1717 WSW LOOP 323<br>TYLER, TX 75701- | xxxxxxxxxIDED | 1,240.31 | 3.00 | 14.90 | 17.90 |
| 07-20114 | 020-0 | TERRY DEVON JOHNSON<br>Original Check written to:<br>VERIZON WIRELESS SOUTH<br>C/O AFNI/VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61701- | xxxxxxxxxxxxxx0001 | 1.31 | 155.56 | 4.64 | 160.20 |